Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−26060−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sosy Shishmanian
   26 Kayeton Road
   Allendale, NJ 07401−1322

Social Security No.:
   xxx−xx−9576

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/12/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 13, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 13-26060-RG
Sosy Shishmanian                                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2            Date Rcvd: Jan 13, 2017
                             Form ID: 148             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db            Sosy Shishmanian,    26 Kayeton Road,    Allendale, NJ  07401-1322
cr           +PROBER & RAPHAEL,,    Bank of America, NA,    20750 Ventura Boulevard, Suite 100,
               Woodland Hills,, CA 91364-6207
514092746    +Ctech Coll,    5505 Nesconset Hwy Suite 200,    Mount Sinai, NY 11766-2026
514139678    +NJCLASS,    PO Box 544,    Trenton, NJ 08625-0544
514139653    +NJCLASS,    PO Box 548,    Trenton, NJ 08625-0548
514092749    +National Recovery Agen,    2491 Paxton St,    Harrisburg, PA 17111-1036
514381256     Residential Credit Solutions,    PO Box 163229,    Fort Worth, TX 76161-3229
514092751    +State Of Nj Student As,    Po Box 538,    Trenton, NJ 08625-0538
514380747     The Bank of  New York Mellon, et al,    c/o Prober & Raphael,    Attornys For Secured Creditor,
               P.O. Box 4365,    Woodland Hills, CA 91365-4365

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2017 23:39:15     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2017 23:39:12     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
514317051    +E-mail/Text: bncmail@w-legal.com Jan 13 2017 23:39:26     ALTAIR OH XIII, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514092744     EDI: BANKAMER.COM Jan 13 2017 23:23:00     Bank Of America, N.A.,    4161 Piedmont Pkwy,
               Greensboro, NC 27410
514151694     EDI: BANKAMER.COM Jan 13 2017 23:23:00     Bank of America, N.A.,    NC4-105-02-99,
               PO Box 26012,    Greensboro, NC 27420-6012
514355798    +EDI: STFC.COM Jan 13 2017 23:23:00     CACH ,LLC,    4340 S. MONACO STREET ,2ND FLOOR,
               DENVER, CO 80237-3485
514092745     EDI: CAPITALONE.COM Jan 13 2017 23:23:00     Cap One,    Po Box 85520,    Richmond, VA 23285
514184797     EDI: CAPITALONE.COM Jan 13 2017 23:23:00     Capital One Bank (USA), N.A.,    PO Box 71083,
               Charlotte, NC  28272-1083
514246749     EDI: BL-BECKET.COM Jan 13 2017 23:23:00     Capital One, N.A.,    c o Becket and Lee LLP,
               POB 3001,    Malvern, PA 19355-0701
514104195    +EDI: CITICORP.COM Jan 13 2017 23:23:00     Citibank N.A.,    c/o Citibank (South Dakota), N.A.,
               ATTN: Claims Dept. MC 2235,    701 E 60th Street North,    Sioux Falls, SD 57104-0432
514092747     EDI: DISCOVER.COM Jan 13 2017 23:23:00     Discover Financial Ser,    Po Box 30954,
               Salt Lake City, UT 84130
514217459    +E-mail/Text: DSLBKYPRO@discover.com Jan 13 2017 23:39:49     Discover Student Loans,
               PO Box 30925,    Salt Lake City, UT 84130-0925
516142465     E-mail/Text: bankruptcy.bnc@ditech.com Jan 13 2017 23:38:56     Ditech Financial LLC,
               PO Box 6154,    Rapid City, SD 57709-6154
516142466     E-mail/Text: bankruptcy.bnc@ditech.com Jan 13 2017 23:38:56     Ditech Financial LLC,
               PO Box 6154,    Rapid City, SD 57709-6154,    Ditech Financial LLC,    PO Box 6154,
               Rapid City, SD 57709-6154
514092748    +EDI: CBSKOHLS.COM Jan 13 2017 23:23:00     Kohls/Capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
514092750    +EDI: NAVIENTFKASMSERV.COM Jan 13 2017 23:23:00     Sallie Mae,    Po Box 9500,
               Wilkes Barre, PA 18773-9500
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514139657*   +NJCLASS,    PO Box 548,    Trenton, NJ 08625-0548
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                            Signature:   /s/Joseph Speetjens

```
District/off: 0312-2                  User: admin                      Page 2 of 2                  Date Rcvd: Jan 13, 2017
                                      Form ID: 148                     Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              Bruce H Levitt    on behalf of Debtor Sosy  Shishmanian blevitt@levittslafkes.com,
               sslafkes@levittslafkes.com;lspcattorneys@gmail.com
              Denise E. Carlon    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC.
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-21,
               MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-21 bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    RESIDENTIAL CREDIT SOLUTIONS, INC.
               jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2004-21,
               MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-21 jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 6
```